```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :

  UNITED STATES,                             :

                                                        :

                  -v-                          :                 1:20-cr-217-GHW

  HEBERTO EMIRO ACEVEDO MOLINA and :
  MIGUEL ANGEL RAMIREZ LAURENS,     :              ORDER
                                                        :
                                   Defendants.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       A conference in this matter is scheduled for June 2, 2020, at 4:30 p.m. Defendant Acevedo Molina has requested that the conference be adjourned to a date to be established by the Court. The Court has granted that request. However, Defendant Ramirez Laurens has requested that the conference proceed by remote means. Dkt. No. 16. The Court is prepared to proceed in that way. Accordingly, it is hereby

       ORDERED that the conference will take place by Skype for Business videoconference. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/gregory_woods/SHNER13Z.

       To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam,

---

[1] *See* Microsoft, *Install Skype for Business* (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business, may access the conference audio using the following credentials:

Call-in number: 917-933-2166

Conference ID: 618256532

Dated: June 1, 2020

Gregory H. Woods
United States District Judge

---

[2] *See, e.g.*, Microsoft, *Skype for Business on Mac* (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.