USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

          -v-

    HEBERTO EMIRO ACEVEDO MOLINA and
    MIGUEL ANGEL RAMIREZ LAURENS,

                                   Defendants.
-------------------------------------------------------------- X

1:20-cr-217-GHW

ORDER

GREGORY H. WOODS, District Judge:

    A conference in this matter is scheduled for July 13, 2020, at 9:00 a.m.  This conference is taking place on this date and time at the request of Defendant Acevedo Molina; counsel for Defendant Ramirez Laurens and Mr. Ramirez Laurens may participate.  The conference will take place by teleconference.  The dial-in information for the conference follows:

    Call-in number:  888-557-8511

    Conference ID:  7470200

    The parties are directed to comply with Rule 2(C) of the Court's Emergency Rules in Light of COVID-19.

Dated: July 10, 2020

                                                                            Gregory H. Woods
                                                        United States District Judge