|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>　　　　　　　　　　　　　　　　　　　　：<br>UNITED STATES,　　　　　　　　　　　：<br>　　　　　　　　　　　　　　　　　　　　：<br>　　　　　　-v-　　　　　　　　　　　　　：<br>　　　　　　　　　　　　　　　　　　　　：<br>HEBERTO EMIRO ACEVEDO MOLINA and：<br>MIGUEL ANGEL RAMIREZ LAURENS,　：<br>　　　　　　　　　　　　　　　　　　　　：<br>　　　　　　　　　　　　Defendants.　：<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 7/14/2020<br><br>1:20-cr-217-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

As stated on the record during a status conference held on July 13, 2020, trial in this matter will commence on **Monday, February 8, 2021 at 9:00 a.m.** The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than **August 28, 2020**. The Government's oppositions to any defense motions are due no later than **September 11, 2020**. Defendant's replies, if any, are due no later than **September 18, 2020**. The Court will hold a hearing on any defense motions necessitating a hearing on **December 8, 2020 at 10:00 a.m.**

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than **December 28, 2020**. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on **January 21, 2021 at 3:30 p.m.**

The parties are further directed to submit (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than **December 28, 2020**. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: July 14, 2020

                                                                GREGORY H. WOODS
                                                     United States District Judge