```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                   :

UNITED STATES OF AMERICA,           :

                      -against-                         :            1:20-cr-217-GHW

HEBERTO EMIRO ACEVEDO MOLINA and :
MIGUEL ANGEL RAMIREZ LAURENS,      :             ORDER

                            Defendants.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On October 26, 2020, Defendant Herberto Emiro Acevedo Molina entered a guilty plea as to Count I of the Indictment in this matter. Consequently, the hearing scheduled to occur on December 8, 2020, the pretrial conference scheduled to occur on January 21, 2021, and the trial scheduled to begin on February 8, 2021, are adjourned sine die.

SO ORDERED.

Dated: October 30, 2020
New York, New York

                                                      GREGORY H. WOODS
                                                 United States District Judge