UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                          :
  UNITED STATES OF AMERICA,            :
                                          :
                       -v-                      :
                                          :            1:20-cr-217-GHW-1
                                          :
  HEBERTO EMIRO ACEVEDO MOLINA,    :            <u>ORDER</u>
                                          :
                             Defendant.  :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The proceeding scheduled in this matter for April 9, 2021 at 4:00 p.m., will instead take place at 11:00 a.m.  The proceeding will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public who wish to audit the proceeding may do so using the following dial-in information: (888) 557-8511; Access Code:  7470200#.

       SO ORDERED.

Dated:  March 25, 2021
          New York, New York

                                                         GREGORY H. WOODS
                                                     United States District Judge